RECEIVED
JUN 17 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RAYSHAWN CHRISTMAS | CIVIL ACTION NO. 13-2595 |
| VERSUS | U.S. DISTRICT JUDGE DRELL |
| AVOYELLES CORRECTIONAL CENTER, ET AL | U.S. MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion for temporary restraining order and preliminary injunction (DOC. #31) is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this _16_ day of _June_, 2014.

**DEE D. DRELL, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**