U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

AUG - 5 2014

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

RAYSHAUN CHRISTMAS         CIVIL ACTION NO. 13-2595

VERSUS                     U.S. DISTRICT JUDGE STAGG

AVOYELLES COR. CTR. et al

                           U.S. MAGISTRATE JUDGE KIRK

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the motion for temporary restraining order and preliminary injunction **[Doc. #42]** is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 4th day of August, 2014.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE