RECEIVED

JUL 0 6 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RAYSHAWN CHRISTMAS,<br>    Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. 1:13-CV-02595 |
| VERSUS | |
| AVOYELLES CORRECTIONAL CENTER,<br>et al.,<br>    Defendants | JUDGE WALTER<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the complaint against the State of Louisiana and the Avoyelles Correctional Center medical staff is DISMISSED WITHOUT PREJUDICE pursuant to Fed.R.Civ.P. 4(m).

IT IS ORDERED that defendants' motion for summary judgment (Doc. 112) is GRANTED and Christmas' action against McVea, Stickells, and Sibley is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Shreveport, Louisiana, on this 65th day of July 2015.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE